IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL DIVISION

LINDA HUTCHINSON

   Plaintiff,

v.

NATIONAL FIRE & MARINE
INSURANCE COMPANY,

   Defendant.
_____/

CASE NO:

DIVISION:

## **COMPLAINT**

COME NOW the Plaintiff, LINDA HUTCHINSON ("Plaintiff"), by and through undersigned counsel, hereby files this suit against, Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY ("Defendant"), and as grounds therefore state as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of fifty thousand dollars ($50,000.00) exclusive of pre-judgment interest, attorney's fees and costs.

2. At all times material hereto, Plaintiff was a Florida resident owning real property located at 9271 Pine Cove Dr., Englewood, FL 34224 (the "Property").

3. At all times material hereto, Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY, was a corporation duly licensed to conduct business in the State of Florida and is engaged in the business of insurance in Charlotte County, Florida.

4. Jurisdiction and venue are proper in this Court.

### GENERAL ALLEGATIONS

5. Plaintiff's Property was covered at all relevant times by Policy No.

NF033FL0213497 (the "Policy"), issued by NATIONAL FIRE & MARINE INSURANCE COMPANY. A copy of the policy in Plaintiff's possession is attached hereto as Exhibit A.

6   Plaintiff has paid all premiums on the Policy, and the Policy was in full force and in effect at all relevant times herein.

7.   During the applicable Policy period, Plaintiff's insured Property was damaged by windstorm.

8.   On or about September 28, 2022, Plaintiff discovered windstorm damage to her Property, including physical damage.

9.   Defendant assigned a "date of loss" to the claim of September 28, 2022.

10.   The damage to the Property is a covered peril under the Policy.

11.   The damage to Plaintiff's property is accidental, continuing in nature, and covered under the Policy.

12.   Plaintiff duly made an application for insurance benefits under the Policy, but Defendant has failed and refused to pay Plaintiff the benefits to which the Plaintiff is entitled for the loss.

13.   All conditions precedent to obtaining payment of said benefits under the policy from Defendant have been complied with, met or waived.

14.   As a result of NATIONAL FIRE & MARINE INSURANCE COMPANY's refusal to pay the losses sustained by Plaintiff, Plaintiff has retained the services of the undersigned attorneys and they are obligated to pay a reasonable fee for their services. Plaintiff is entitled to attorney's fees in this action pursuant to §627.428 Florida Statutes.

<u>COUNT I — BREACH OF CONTRACT</u>

15.   Plaintiff hereby alleges and incorporate by reference paragraphs one (1) through

fourteen (14) as though fully set forth herein.

16. Plaintiff and Defendant are parties to a valid and binding contract under which Defendant is required to provide insurance benefits to Plaintiff in the event of a covered loss to Plaintiff's Property.

17. Plaintiff has suffered a covered loss to the Property.

18. Defendant has breached the Policy by failing to pay Plaintiff the benefits due and owing under the Policy.

19. Plaintiff has been damaged by Defendant's breach of contract.

20. Plaintiff is entitled to the full cost of repairs of the damage to the Property.

21. Plaintiff is entitled to compensation for the loss to the Property. Plaintiff seeks the following damages: (a) the amount necessary to repair the incurred damages to the property; (b) damages including court costs, attorney's fees under §627.428, Florida Statutes, expert fees and costs and pre-judgment interest; and (c) additional policy benefits for loss of, use, moving expenses, rental home during repair and stabilization, landscaping, debris removal, and any other benefit available under the policy.

22. Plaintiff demands a trial by jury on all issues in Count I.

WHEREFORE, the Plaintiff, LINDA HUTCHINSON, prays this Court determine that Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY, has breached its insurance contract, to enter an Order directing Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY, to provide coverage and to pay, in full, contractual and compensatory damages under the contract, to award pre-judgment interest on the amounts wrongfully withheld, to award the costs of this action, to award attorney's fees pursuant to Florida Statute § 627.428, and to grant such other and further relief as this Court may deem just and appropriate.

FURTHER, the Plaintiff, LINDA HUTCHINSON, requests a trial by jury on all issues so triable.

DATED on this 27th day of March, 2023.

Respectfully Submitted,

*KASSEL LAW GROUP, PLLC*

*/s/ MATTHEW A. KASSEL*
MATTHEW A KASSEL, ESQUIRE
Florida Bar Number: 107356
JOHN P. SACKS, ESQUIRE
Florida Bar Number: 103158
4016 Henderson Blvd., Suite E
Tampa, Florida 33629
Telephone: (813) 641-4535
Facsimile: (813) 200-1130
matt@kassellawgroup.com
jsacks@thesackslawgroup.com
adam@kassellawgroup.com
rebecca@kassellawgroup.com
amelia@kassellawgroup.com
*Attorneys for Plaintiff*